Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 00 C 50057 | **DATE** | 6/29/2001 |
| **CASE TITLE** | CENTRAL LABORERS vs. ATLAS CONSTRUCTION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Discovery conference held. It is the Report and Recommendation of the Magistrate Judge that plaintiff's motion for default judgment be granted in the amounts of $14,392.44 in damages, $150.00 in filing fees, $25.00 in service fees and $4,450.00 in legal fees. Parties are given ten days from service of this order, as calculated under Rule 6, to appeal to Judge Reinhard pursuant to FRCP 72.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | | number of notices |
| ✓ | Notices mailed by judge's staff. | | JUL 0 2 2001 |
| | Notified counsel by telephone. | | date docketed |
| | Docketing to mail notices. | U.S. DISTRICT COURT CLERK | |
| | Mail AO 450 form. | | docketing deputy initials |
| ✓ | Copy to judge/magistrate judge. | 01 JUN 29 PM 4:36 | 5 |
| GG | courtroom deputy's initials | FILED-WD | 6/29/2001 date mailed notice |
| | | Date/time received in central Clerk's Office | GG mailing deputy initials |